# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **8:24-cv-01389-SVW (DTB)**                    Date: **February 20, 2025**

Title: **Montana Jacobowitz, et al. v. The Board of Trustees of the California State University, et al.**

===========================================================
## DOCKET ENTRY
===========================================================

PRESENT:

### HON. DAVID T. BRISTOW, MAGISTRATE JUDGE

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                ATTORNEYS PRESENT FOR DEFENDANT(S):

None present                                None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING PLAINTIFF IRWIN JACOBOWITZ'S REQUEST TO PROCEED IN FORMA PAUPERIS**

On November 27, 2024, the Court issued its Order Regarding Complaint ("Order") advising Plaintiffs that the Complaint was subject to dismissal. (Docket No. 17). In response to the Court's Order, Plaintiffs filed a First Amended Complaint ("FAC") on December 28, 2024. In the FAC, Irwin Jacobowitz was added as a Plaintiff in this action. On January 9, 2025, the Court noted that Plaintiff Irwin Jacobowitz had not paid the initial filing fee, nor had he been granted leave to proceed in forma pauperis. It was ordered that prior to screening the FAC, Plaintiff Irwin Jacobowitz was ordered to pay the initial filing fee or file a Request to Proceed in Forma Pauperis on or before February 10, 2025. As of this date, Plaintiff Irwin Jacobowitz has not paid the initial filing fee or filed a Request to Proceed in Forma Pauperis and the FAC has not been screened.

Accordingly, Plaintiffs are ordered to show cause, in writing, no later than **March 20, 2025**, why this action should not be dismissed, without prejudice, for failure to prosecute.

This Order to Show Cause will be discharged upon the payment of the initial filing fee or the filing of a Request to Proceed in Forma Pauperis. If Plaintiffs no longer wish to pursue this action, they may request a voluntary dismissal pursuant to Federal Rule of

Civil Procedure 41(a)(1).  A notice of dismissal form is attached for Plaintiffs' convenience.

Plaintiffs are warned that a failure to timely respond to this Order to Show Cause will result in a recommendation that this action be dismissed, without prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.

**IT IS SO ORDERED.**

eicht

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff(s), | CASE NUMBER |
| v. | |
| Defendant(s). | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  **ONLY** Defendant(s) _____

_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


_____          _____
            *Date*                              *Signature of Attorney/Party*


*NOTE:  F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*