UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MONTANA JACOBOWITZ, et al,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al,<br><br>　　　　　Defendants. | Case No. 8:24-cv-01389-SVW (DTB)<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS** |

　　　On December 28, 2024, Plaintiffs filed a First Amended Complaint ("FAC"). (Docket No. 22). On April 22, 2025, the Court issued the Summons on the FAC and ordered Plaintiffs to serve the FAC. (Docket Nos. 27, 28).

　　　On June 18, 2025, defendant the Board of Trustees of the California State University (the "Board") appeared and filed a Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion"). (Docket No. 29). On June 25, 2025, Plaintiffs filed a Motion to Extend Time to Serve Defendants which the Court granted on June 30, 2025. (Docket Nos. 32, 33). On July 10, 2025, Plaintiffs filed an Opposition to the

Motion. (Docket No. 35). On July 22, 2025, the Board filed its Reply. (Docket No. 38). The Motion is currently under submission.

On August 20 and 21, 2025, the Court received its June 30, 2025 Minute Order returned from the United States Postal Service marked as "Return to Sender Unable to Forward." (Docket Nos. 43, 44).

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. Central District of California Local Rule 41-6. Therefore, Plaintiffs are ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. Plaintiffs may alternatively file a Notice of Change of Address to discharge this Order to Show Cause. Plaintiffs' response is due no later than **September 19, 2025.**

**Plaintiffs are hereby cautioned that failing to comply with this Order to Show Cause *will* result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

Dated: August 27, 2025

DAVID T. BRISTOW
United States Magistrate Judge